174

THE STATE EX REL. BAILEY, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Bailey v. Indus. Comm.* (1998), 82 Ohio St.3d 174.]

(No. 95–2091—Submitted May 12, 1998—Decided June 17, 1998.)

———————

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant
Attorney General, for appellant.

———————

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.